IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEMUEL SOTO-SANTIAGO et al.<br><br>Plaintiffs,<br><br>v.<br><br>CORPORACION DEL FONDO DEL SEGURO DEL ESTADO et al.<br><br>Defendants. | CASE NO. 15-2647 (GAG) |

## JUDGMENT STAYING CASE

Pursuant to the Court's order at Docket No. 105 certifying issue to First Circuit, judgment is hereby entered **STAYING** this case. This case shall remain administratively closed.

SO ORDERED.

In San Juan, Puerto Rico this 5th day of December 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge